# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                CHAPTER 13 CASE:

LORRAINE FISHER                                  04-03783JEE


| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| LORRAINE FISHER | P.O. BOX 193 CANTON, MS. 39046 | $598.50 |


DATED:    3/31/06                        Respectfully submitted,

                                         James L. Henley, Jr., Trustee
                                         P. O. Box 2659
                                         Jackson, MS 39207-2659
                                         (601) 981-9100


CC:    JESSIE L. EVANS
       P.O. BOX 528
       CANTON MS. 39046